# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Efrain Gomez-Lopez, | No. CV-16-01647-PHX-DLR |
| Petitioner, | **ORDER** |
| v. | |
| Loretta E Lynch, et al., | |
| Respondents. | |

Before the Court is Petitioner Efrain Gomez-Lopez's Verified Petition for Writ of Habeas Corpus and United States Magistrate Judge Eileen S. Willett's Report and Recommendation (R&R). (Docs. 1, 20.) The R&R recommends that the Court dismiss the Verified Petition without prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 20 at 2 (citing Fed. R. Civ. P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the Verified Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Willett's R&R (Doc. 20) is **ACCEPTED**. Petitioner's Verified Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall terminate this case.

Dated this 19th day of June, 2017.

Douglas L. Rayes
United States District Judge